**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Afsar Thair Raja and Ahad Raja, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

American Coradius International, LLC,

Defendant.

Case No: 1:19-cv-03452-LDH-SJB

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: March 4, 2020

**SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.**

By: __/s Aaron Easley__
Aaron Easley, Esq.
3 Cross Creek Drive,
Flemington, New Jersey 08822
Tel: (908) 237-1660
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By: __/s Craig B. Sanders__
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email:
*ConsumerRights@BarshaySanders.com*
Our File No: 115826
*Attorneys for Plaintiff*